**CIVIL CAUSE FOR CONFERENCE**:
BEFORE   ROSS, J.          DATE: 6/30/2011          TIME: 4:00 p.m.

Docket No. 11-CV-2483

TITLE:   Gubin v. Ambit Energy, et al.

PLTFFS ATTY:   Flora Rainer
               __X__ present          _____ not present

               _____ present        _____ not present

DEFTS ATTY:    Gabrielle Farina
               __X__ present          _____ not present

               Stephen Rasch
               __X__ present          _____ not present

COURT REPORTER: Anthony Frisolone          COURTROOM DEPUTY: ___

OTHER _____

_____ CASE CALLED

_____ Conf. Adj'd to _____

Discussion of infirmities of plaintiff's complaint, as set forth on the record of the proceeding. Plaintiff to submit her final amended pleading or advise the court of her intention not to proceed in this lawsuit by July 22, 2011.