# LAW OFFICE OF FLORA RAINER, ESQ.
## 7234  73RD STREET
### GLENDALE, NEW YORK 11385
**(718) 644-0214 / (718) 312-0876 - Fax/ FloraEsq2@aol.com**

\* Admitted in N.Y. & N.J.

**Also Office at:**
**85-93  66th Avenue, 1st Floor**
**Rego Park, New York 11374**

Honorable Justice Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

August 9, 2011

Re: Pre-Motion Denial Request
Gubin and BH Seven, LLC vs. Ambit *et al.*   11-CV-2483

Dear Honorable Justice Ross:

I respectfully again reiterate, on behalf of my clients, Nicole Gubin and BH Seven, LLC, that the Court deny the Defendants' request[1] for a pre-Answer motion to dismiss the *now superfluous "detailed factual" Amended Summons and Amended Complaint*. The purpose of such a motion to dismiss is clearly to continue to deflect attention from the Defendants' (collectively "Ambit") misconduct of defrauding the very individuals and customers who have enabled it to build the multi-level marketing pyramid and make profits. The Defense attorneys have failed to educate themselves as to the nature of this industry, as to the citizenship and residence of its parties as all the named corporate Defendant entities have one partner and/or President that being Jere W. Thompson, Jr[2]. They allege that there are other members without disclosing their identities, and as a result mislead your Honor. Most importantly they have failed to address that there is no signed agreement by the Plaintiffs with Ambit as to enforce an Arbitration Clause.

It is noteworthy that on August 9, 2011, I received an e-mail from Defense attorneys showing that Ambit has filed a written request for Arbitration with the American Arbitration Association in Texas[3] ignoring the role of the Eastern District of New York ("EDNY") Federal Court to determine whether such a clause exists and/or survives in this action. To this demand, Defendants attached an Agreement that came into existence <u>after</u> the Plaintiffs joined Ambit, and

---

[1]   To date, the August 3, 2011 letter has been posted to ECF, but has not been served on the Plaintiffs.

[2]   Annexed hereto as Exhibit "A" are corporate records obtained from the Texas Secretary of State, as of July 19, 2011, which show that Jere W. Thompson, Jr. is the one partner and/or president of all the named entities. My diligent search did not reveal the residence or citizenship of any other members. Defense counsel allude in the August 3, 2011 letter that there are more members who are silent/secret which raises more malicious behavior by Ambit as to why these members are not named publicly.

[3]   Annexed hereto as Exhibit "B" is the letter and Arbitration Demand which on "Page 1", Paragraph I, states that the Plaintiffs have entered into an Application and Agreement "with Ambit in July 2007." The failure to provide the exact date of this alleged contract supports the Plaintiffs' Amended Complaint that the Defendants never entered into any Application and Agreement which contains an Arbitration Clause and the Defendants are not able to produce a dated document to their Defense attorneys.

even according to its terms circumvent mediation prior to arbitration. This action must remain in the EDNY as diversity of citizenship[4] has been establish pursuant to 28 USC §1335, and there are federal questions of law to which the United States Equal Employment Opportunity Commission ("EEOC") has granted to Plaintiffs a right to sue letter, annexed hereto as Exhibit "C." The work relationship and form of compensation paid to Plaintiffs qualifies for Federal protections as determined by the EEOC[5]. The very purpose of diversity jurisdiction is to provide a neutral forum for out-of-state Plaintiffs, to avoid local prejudices and influences in Texas if they were forced to litigate as strangers in Texas courts, and it would cause great hardship for its New York Plaintiffs and witnesses to present evidence in Texas.

Furthermore, Ambit's internet based activities also invoke personal jurisdiction of the EDNY pursuant to the sliding scale standard. The Defendants' operations through the internet, knowingly and repeated transmissions and the interactivity and commercial nature of the exchanges (consultants and customers information), all confirm specific personal jurisdiction for the EDNY to hear this action. Additionally, the State Long Arm Statutes likewise confirm jurisdiction of this Court as the Defendants have contacts with New York, its employees, consultants and customers. Finally, the EDNY has the jurisdiction to protect the Plaintiffs' federally created rights to minimize the danger of hostility toward federally created rights and the Plaintiffs meet the over $75,000 in damages requirement.

The Amended Summons/Amended Complaint is consistent with the pleadings standard articulated by the Supreme Court in Bell Atl. Corp. vs. Twombly[6], and the Defendants' application for the Pre-Answer Motion must be denied in its entirety. The U.S. Supreme Court has held that shifted pleading standards from "simple notice pleading" to a "more heightened form of pleading," require that allegations in a complaint meet a standard of "plausibility" to survive a motion to dismiss. Barbosa vs. Continuum Health Partners, Inc., et al., 716 F. Supp.2d 210 (SDNY 2010)

Plaintiff Nicole Gubin entered into an employment agreement with the Defendants on or about July 22, 2007[7]. An agreement exists between the Plaintiffs and the Defendants. The

---

[4]  The Defendants' and its various LLC "members" physical and corporate operations and activities are all performed out of the State of New York.  The Court may review the following tests: (a) "locus of operations" which is the physical operations;  (b) the "nerve center test" which is where the activities are controlled and directed;  and (c) center of the "corporate activities" test which is *what* and *where* are center production or services are conducted. All of these tests will conclude that the Defendants Ambit and its members are in Dallas, Texas and/or outside the State of New York.

[5]  Moreover, employment discrimination cases do not need to contain specific facts establishing a prima facia case of discrimination.  Swierkiewicz vs. Sorema N.A., 534 U.S. 506 (2002)  A discrimination case must only include a short and plain statement of claim that give the Defendants fair notice of what the Plaintiffs' claim is and the grounds upon which it rests. Id. at 512.

[6] This Amended Complaint should not be dismissed pursuant to Fed. R. Civ. Proc. 12(b)(6) because the Plaintiffs have alleged enough facts to state a claim to relief that is plausible on its face. Bell Atl. Corp. vs. Twombly, 127 S.Cit. 1955 (2007),  Ruth Fowler vs. Scores Holding Company, Inc., 677 F. Supp. 673, 2009 U.S. Dist. Lexis 122191 (SDNY 2009)  Allegations of facts must be enough to raise a right to relief above the speculative level.  Id.   There are various circumstantial evidence in this case on all the Amended counts which establish "entitlement to relief." (*See also* Papasan vs. Allain, 478 U.S. 265 (1986)

[7]  On October 18, 2010, the Plaintiff Nicole Gubin became a solo proprietor of a New York domestic

Plaintiff was *orally* solicited to join Ambit Energy, *Plaintiff's required information to join Ambit Energy was provided to Defendants by telephone through her immediate sponsor Yuriy Kasparov and Kasparov's sponsor whereby Plaintiff orally entered into this agreement*, National Consultant Steven Thompson approved Plaintiff's information and credit card payment over the telephone, Plaintiff never signed any written contract nor was she given any agreement or application to sign[8]. After Plaintiff's credit card payment was accepted through the telephone, Plaintiff received a starter kit in the mail several days later and access to Power Zone, access to the back office communications and real-time business monitoring software and reporting tools enabling Plaintiffs to be employed[9] for Defendants, to sell its goods and services being gas and electricity energy supplies to customers and introduce new consultants on her downline on a pyramid scheme company structure. Plaintiffs would also receive weekly consultant leadership bonuses and monthly residual bonuses, and additional performance bonuses. Upon the execution of the agreement, the Plaintiff was never informed that she was subjecting herself to any binding arbitration clause or the laws of the State of Texas.

Every single federal and state law claim has been <u>sufficiently</u> pleaded in the Amended Summons/Amended Complaint. Each and every claim in the Amended Complaint satisfies the *plausibility* standard as the Plaintiffs have pled sufficient factual content that allows your Honor to draw the *reasonable inference* that the Defendants are liable for the misconduct alleged in all the counts of the Amended Complaint. <u>*After reading the Plaintiffs' well-pleaded Amended Complaint*</u>, Defendants and their attorneys who are not well versed in Ambit's structure, demonstrated vulnerability to fight in EDNY by pre-maturely applying for arbitration (even in violation of its current policies and procedures requiring mediation before arbitration), as they recognized the strength of the Plaintiffs' valid causes of actions.

The Plaintiffs request that the Defendants' August 3, 2011 letter requesting the scheduling of the pre-motion conference be denied to protect the interests of the Plaintiffs and the public and to avoid unnecessary burden to all parties and the Court, and allow this matter to proceed to discovery and trial.

Very truly yours,

*Flora Rainer*

Flora Rainer, Esq.

---

limited liability company known BH Seven, LLC., and requested that her interests in Ambit Energy be transferred from her personal name to BH Seven. Currently, the Plaintiffs are titled Executive Consultants for Ambit Energy due to their success of bringing in new consultants and customers into the Defendants' business.

[8] The Plaintiff was one of the original consultants in the State of New York, and initially consultants were signing up over the telephone without any written papers signed. Later, however, Defendants procedures required that new consultants sign an agreement, annexed to the Amended Complaint as Exhibit "A" and this information was entered by sponsoring consultants via Ambit Energy's internet website. Several weeks after new consultants' executed the written agreement, a start up kit arrives in the mail and consultants can access the Ambit website through which transactions are performed to sign up new consultants and new customers and to monitor the pyramid downline activities.

[9] The Plaintiffs fall under EEOC's category of employees because they receive weekly payments and monthly residuals, as well as after 36 months they are vested into lifetime residual payments similar to pension and 401K plans based on Ambit Energy's terms of compensation unlike independent consultants who negotiate and submit their own compensations. Plaintiffs received a right to sue letter from EEOC for this matter (See Exhibit "C").

Reports Unit
P.O. Box 12028
Austin, Texas 78711-2028



Hope Andrade
Secretary of State

# Office of the Secretary of State
## PERIODIC REPORT - LIMITED PARTNERSHIP

File Number: **800529904**

Filing Fee: **$50**

Page 1 of 1

1. The limited partnership name is:
   **Ambit Energy, L.P.**

   > **FILED**
   > **In the Office of the**
   > **Secretary of State of Texas**
   >
   > OCT 2 6 2009
   >
   > **Corporations Section**

2. It is organized under the laws of : *(set forth state or foreign country)*
   **Texas**

3. The name of the registered agent is:
   **Jere W. Thompson, Jr**
   *(Make changes here):*

4. The registered office address, which is identical to the business office address of the registered agent in Texas, is:

   **1801 N. Lamar Street, Ste. 200**
   **Dallas, TX 75202**

   *(Make changes here-use street or building address; see Instructions):*

   > **RECEIVED**
   > **SECRETARY OF STATE**
   >
   > OCT 2 6 2009
   >
   > **CLK 68**
   > **AUSTIN, TEXAS**

5. The address of the principal office in the United States where the records are to be kept or made available is:
   **1801 N. Lamar Street, Ste. 200**
   **Dallas, TX 75202**

   *(Make changes here):*

6. The names and addresses of all general partners of the limited partnership are:
   *(Address changes for existing general partners are allowed. For name changes, see Instruction 6.)*

   | Name | Address | City/ State/Zip |
   |---|---|---|
   | Ambit GenPar, Inc. | 1801 N. Lamar Street, Ste. 200 | Dallas, TX 75202 |

**Execution:**
The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **10/8/09**

Signed on behalf of the limited partnership

*JERE THOMPSON, JR , PRESIDENT*
By (general partner)

> **RECEIVED**
> **SECRETARY OF STATE**
>
> OCT 2 6 2009
>
> **CLK 68**
> **AUSTIN, TEXAS**

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

Phone: 512-475-2705                Fax:  512-463-1423                Dial:  7-1-1 for Relay Services

"A"

FILED
In the Office of the
Secretary of State of Texas

AUG 10 2005

Corporations Section

# CERTIFICATE OF LIMITED PARTNERSHIP
## FOR
## BVISTA ENERGY, L.P.

The undersigned as the general partner of BVista Energy, L.P. (the "Partnership") Section desiring to form a limited partnership pursuant to the Texas Revised Limited Partnership Act, as set forth in the Revised Civil Statutes of the State of Texas, hereby certifies and states as follows:

1.    The name of the Partnership is BVista Energy, L.P.

2.    The address of the registered office, and the name and address of the registered agent of the Partnership for service of process are as follows:

> Spruce Systems, Inc.
> 14901 Quorum Drive
> Suite 250
> Dallas, Texas 75254

3.    The address of the principal office of the Partnership where records are to be kept or made available is 14901 Quorum Drive, Suite 250, Dallas, Texas  75254, or at such other place as the General Partner (herein so called) from time to time may designate.

4.    The name, mailing address and street address of the business or residence of the General Partner are:

> Spruce Systems, Inc.
> 14901 Quorum Drive
> Suite 250
> Dallas, Texas 75254

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of the 10th day of August, 2005.

**GENERAL PARTNER:**

SPRUCE SYSTEMS, INC.
a Texas corporation

By: _____

Its:    President

Jere W. Thompson, Jr.

25202/1 – 242094v1

FILED
In the Office of the
Secretary of State of Texas

APR 30 2008

Corporations Section

## CERTIFICATE OF FORMATION
### FOR
### AMBIT HOLDINGS, LLC

The undersigned, acting as the sole organizer of a limited liability company under Titles 1 and 3 of the Texas Business Organizations Code (the "Code"), does hereby adopt the following Certificate of Formation for Ambit Holdings, LLC, a Texas limited liability company (the "Company"):

### ARTICLE I
### NAME

The name of the Company is Ambit Holdings, LLC.

### ARTICLE II
### PURPOSE

The purpose for which the Company is organized is the transaction of any or all lawful business for which limited liability companies may be organized under the Code.

### ARTICLE III
### REGISTERED OFFICE AND AGENT

The address of the Company's initial registered office in the State of Texas is 1801 N. Lamar Street, Suite 200, Dallas, Texas 75202, and the name of the Company's initial registered agent at that address shall be Jere W. Thompson, Jr.

### ARTICLE IV
### INITIAL MEMBER

The Company will be managed by its Managing Member.  The name and address of the Managing Member is:

| Name | Address |
| --- | --- |
| Ambit Systems, Inc. | 1801 N. Lamar Street, Suite 200 Dallas, Texas 75202 |

### ARTICLE V
### LIMITATION OF MEMBER LIABILITY

A member of the Company shall not be liable to the Company or its members for monetary damages for an act or omission in the member's capacity as a manager, member or managing member except that this Article V does not eliminate or limit the liability of a member to the extent the member is found liable for (i) a breach of the member's duty of loyalty to the Company or its members; (ii) an act or omission not in good faith that constitutes a breach of

RECEIVED

IAPR 30 2008

Secretary of State

duty of the member to the Company or an act or omission that involves intentional misconduct or a knowing violation of the law; (iii) a transaction from which the member received an improper benefit, whether or not the benefit resulted from an action taken within the scope of the member's office; or (iv) an act or omission for which the liability of a member is expressly provided by an applicable statute. Any repeal or amendment of this Article V by the members of the Company shall be prospective only and shall not adversely affect any limitation on the liability of a member of the Company existing at the time of such repeal or amendment. In addition to the circumstances in which a member of the Company is not liable as set forth in the preceding sentences, a member shall not be liable to the fullest extent permitted by any provision of the statutes of Texas hereafter enacted that further limits the liability of a member or of a director of a corporation.

## ARTICLE VI
## ORGANIZER

The name and address of the organizer is Scot W. O'Brien, 2001 Bryan Street, Suite 3900, Dallas, Texas 75201.

IN WITNESS WHEREOF, this Certificate of Formation has been executed on April _28_, 2008, by the undersigned.

_Scot W. O'B_

Scot W. O'Brien

36242/1 – 285002v1

-2-

**Form 503**
**(Revised 01/06)**

*Return in duplicate to:*
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: $25**



**Assumed Name Certificate**

This space reserved for office use.

**FILED**
**In the Office of the**
**Secretary of State of Texas**

**JUL 1 8 2008**

**Corporations Section**

---

## Assumed Name

The assumed name under which the business or professional service is, or is to be, conducted or rendered is: _____ Ambit Energy

## Entity Information

The name of the entity filing the assumed name is:

Ambit Holdings, LLC

State the name of the entity as currently shown in the records of the secretary of state or on its certificate of formation, if not filed with the secretary of state.

The filing entity is a: *(Select the appropriate entity type below )*

| | |
|---|---|
| ☐ For-profit Corporation | ☐ Professional Corporation |
| ☐ Nonprofit Corporation | ☐ Professional Limited Liability Company |
| ☐ Cooperative Association | ☐ Professional Association |
| ☑ Limited Liability Company | ☐ Limited Partnership |
| ☐ Other | |

Specify type of entity if there is no check box applicable.

The file number, if any, issued to the filing entity by the secretary of state is:   800972084

The state, country, or other jurisdiction of formation is: _____ Texas

The registered or similar office of the entity in the jurisdiction of formation is:

1801 N. Lamar Street, Suite 200, Dallas, Texas  75202

☑ The entity is required to maintain a registered office and agent in Texas. The address of its registered office in Texas and the name of the registered agent at such address is:

Jere W. Thompson, Jr.

1801 N. Lamar Street, Suite 200, Dallas, Texas  75202

The address of the principal office of the entity (if not the same as the registered office) is:

_____

☐ The entity is not required to maintain a registered office and agent in Texas. Its office address in

Form 503

**RECEIVED**
**JUL 1 8 2008**
**Secretary of State**

4

in Texas is: _____

_____

☐ The entity is not incorporated, organized or associated under the laws of Texas. The address of the principal place of business in this state is: _____

_____

The office address of the entity is: _____

1801 N. Lamar Street, Suite 200, Dallas, Texas 75202

_____

## Period of Duration

☑ The period during which the assumed name will be used is 10 years from the date of filing with the secretary of state.
**OR**
☐ The period during which the assumed name will be used is _____ years from the date of filing with the secretary of state (not to exceed 10 years).
**OR**
☐ The assumed name will be used until _____ (not to exceed 10 years).
*mm/dd/yyyy*

## County or Counties in which Assumed Name Used

The county or counties where business or professional services are being or are to be conducted or rendered under the assumed name are:
☑ All counties
☐ All counties with the exception of the following counties: _____

_____

☐ Only the following counties: _____

_____

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. If the undersigned is acting in the capacity of an attorney in fact for the entity, the undersigned certifies that the entity has duly authorized the undersigned in writing to execute this document.

Date: July 18, 2008

_____

Signature and title of authorized person(s) (see instructions)

Form 503                                    5

**FILED**
In the Office of the
Secretary of State of Texas

NOV 0 2 2006

**Corporations Section**

## CERTIFICATE OF FORMATION
### FOR
### AMBIT GROUP, L.P.

The undersigned as the general partner of Ambit Group, L.P. (the "Partnership"), desiring to form a limited partnership pursuant to the Texas Limited Partnership Law under Titles 1 and 4 of the Texas Business Organizations Code, as set forth in the Revised Civil Statutes of the State of Texas, hereby certifies and states as follows:

1. The name of the Partnership is Ambit Group, L.P.

2. The type of entity being formed is a limited partnership.

3. The street address of the initial registered office of the Partnership is 1801 N. Lamar Street, Suite 200, Dallas, Texas 75202, and the name of the initial registered agent of the Partnership for service of process at that office is Ambit Systems, Inc.

4. The address of the principal office of the Partnership where records are to be kept or made available is 1801 N. Lamar Street, Suite 200, Dallas, Texas 75202, or at such other place as the General Partner (herein so called) from time to time may designate.

5. The name, mailing address and street address of the business or residence of the General Partner are:

   Ambit Systems, Inc.
   1801 N. Lamar Street
   Suite 200
   Dallas, Texas 75202

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of the 2nd day of November, 2006.

**GENERAL PARTNER:**

AMBIT SYSTEMS, INC.
a Texas corporation

By: 
Jere W. Thompson, Jr.
Its: President

36242/1 — 261456v1

**RECEIVED**
NOV 0 2 2006
Secretary of **State**

**F I L E D**
In the Office of the
Secretary of State of Texas

APR 08 2008

**Corporations Section**

# CERTIFICATE OF FORMATION
## FOR
## AMBIT TEXAS, LLC

The undersigned, acting as the sole organizer of a limited liability company under Titles 1 and 3 of the Texas Business Organizations Code (the "Code"), does hereby adopt the following Certificate of Formation for Ambit Texas, LLC, a Texas limited liability company (the "Company"):

## ARTICLE I
## NAME

The name of the Company is Ambit Texas, LLC.

## ARTICLE II
## PURPOSE

The purpose for which the Company is organized is the transaction of any or all lawful business for which limited liability companies may be organized under the Code.

## ARTICLE III
## REGISTERED OFFICE AND AGENT

The address of the Company's initial registered office in the State of Texas is 1801 N. Lamar Street, Suite 200, Dallas, Texas 75202, and the name of the Company's initial registered agent at that address shall be Jere W. Thompson, Jr.

## ARTICLE IV
## INITIAL MEMBER

The Company will be managed by its sole member. The name and address of the sole member is:

| Name | Address |
|------|---------|
| Ambit Energy, L.P. | 1801 N. Lamar Street, Suite 200<br>Dallas, Texas 75202 |

## ARTICLE V
## LIMITATION OF MEMBER LIABILITY

A member of the Company shall not be liable to the Company or its members for monetary damages for an act or omission in the member's capacity as a manager, member or managing member except that this Article V does not eliminate or limit the liability of a member to the extent the member is found liable for (i) a breach of the member's duty of loyalty to the

Company or its members; (ii) an act or omission not in good faith that constitutes a breach of duty of the member to the Company or an act or omission that involves intentional misconduct or a knowing violation of the law; (iii) a transaction from which the member received an improper benefit, whether or not the benefit resulted from an action taken within the scope of the member's office; or (iv) an act or omission for which the liability of a member is expressly provided by an applicable statute. Any repeal or amendment of this Article V by the members of the Company shall be prospective only and shall not adversely affect any limitation on the liability of a member of the Company existing at the time of such repeal or amendment. In addition to the circumstances in which a member of the Company is not liable as set forth in the preceding sentences, a member shall not be liable to the fullest extent permitted by any provision of the statutes of Texas hereafter enacted that further limits the liability of a member or of a director of a corporation.

## ARTICLE VI
## ORGANIZER

The name and address of the organizer is Scot W. O'Brien, 2001 Bryan Street, Suite 3900, Dallas, Texas 75201.

IN WITNESS WHEREOF, this Certificate of Formation has been executed on April _8_, 2008, by the undersigned.

Scot W. O'Brien

36242/1 – 284653v1

-2-

| **Form 503**<br>**(Revised 01/06)**<br><br>Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512 463-5709<br>**Filing Fee: $25** | <br><br>**Assumed Name Certificate** | This space reserved for office use<br><br>**FILED**<br>**In the Office of the**<br>**Secretary of State of Texas**<br><br>**'JUL 18 2008**<br><br>**Corporations Section** |

| **Assumed Name** |
| --- |

The assumed name under which the business or professional service is, or is to be, conducted or rendered is:  Ambit Energy

| **Entity Information** |
| --- |

The name of the entity filing the assumed name is:

Ambit Texas, LLC

State the name of the entity as currently shown in the records of the secretary of state or on its certificate of formation, if not filed with the secretary of state.

The filing entity is a: (Select the appropriate entity type below )

☐ For-profit Corporation      ☐ Professional Corporation

☐ Nonprofit Corporation      ☐ Professional Limited Liability Company

☐ Cooperative Association      ☐ Professional Association

☑ Limited Liability Company      ☐ Limited Partnership

☐ Other       Specify type of entity if there is no check box applicable.

The file number, if any, issued to the filing entity by the secretary of state is:  800962414

The state, country, or other jurisdiction of formation is:  Texas

The registered or similar office of the entity in the jurisdiction of formation is:
1801 N. Lamar Street, Suite 200, Dallas, Texas 75202

☑ The entity is required to maintain a registered office and agent in Texas. The address of its registered office in Texas and the name of the registered agent at such address is:
Jere W. Thompson, Jr.

1801 N. Lamar Street, Suite 200, Dallas, Texas 75202

The address of the principal office of the entity (if not the same as the registered office) is:

☐ The entity is not required to maintain a registered office and agent in Texas. Its office address in

Form 4

**RECEIVED**
**'JUL 18 2008**
**Secretary of State**

in Texas is: _____

☐ The entity is not incorporated, organized or associated under the laws of Texas.  The address of the principal place of business in this state is: _____

The office address of the entity is: _____

1801 N. Lamar Street, Suite 200, Dallas, Texas  75202

| Period of Duration |
| --- |

☑ The period during which the assumed name will be used is 10 years from the date of filing with the secretary of state.
**OR**
☐ The period during which the assumed name will be used is _____ years from the date of filing with the secretary of state (not to exceed 10 years).
**OR**
☐ The assumed name will be used until _____ (not to exceed 10 years).
*mm/dd/yyyy*

| County or Counties in which Assumed Name Used |
| --- |

The county or counties where business or professional services are being or are to be conducted or rendered under the assumed name are:

☑ All counties

☐ All counties with the exception of the following counties: _____

_____

☐ Only the following counties: _____

| Execution |
| --- |

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.  If the undersigned is acting in the capacity of an attorney in fact for the entity, the undersigned certifies that the entity has duly authorized the undersigned in writing to execute this document.

Date: July 18, 2008

_____
Signature and title of authorized person(s) (see instructions)

Form 503                                          5

**FILED**
In the Office of the
Secretary of State of Texas

MAY 1 5 2008

**Corporations Section**

## CERTIFICATE OF FORMATION
### FOR
### AMBIT ENERGY HOLDINGS, LLC

The undersigned, acting as the sole organizer of a limited liability company under Titles 1 and 3 of the Texas Business Organizations Code (the "Code"), does hereby adopt the following Certificate of Formation for Ambit Energy Holdings, LLC, a Texas limited liability company (the "Company"):

### ARTICLE I
### NAME

The name of the Company is Ambit Energy Holdings, LLC.

### ARTICLE II
### PURPOSE

The purpose for which the Company is organized is the transaction of any or all lawful business for which limited liability companies may be organized under the Code.

### ARTICLE III
### REGISTERED OFFICE AND AGENT

The address of the Company's initial registered office in the State of Texas is 1801 N. Lamar Street, Suite 200, Dallas, Texas 75202, and the name of the Company's initial registered agent at that address shall be Jere W. Thompson, Jr.

### ARTICLE IV
### INITIAL MEMBERS

The Company will be managed by its members. The name and address of the sole and managing member are:

| Name | Address |
|------|---------|
| Ambit Holdings, LLC | 1801 N. Lamar Street, Suite 200<br>Dallas, Texas 75202 |

### ARTICLE V
### LIMITATION OF MANAGER LIABILITY

Neither a manager nor a managing member of the Company shall be liable to the Company or its members for monetary damages for an act or omission in such person's capacity as a manager or managing member, except that this Article V does not eliminate or limit the liability of a manager or managing member to the extent the manager or managing member is found liable for (i) a breach of the manager's or managing member's duty of loyalty to the



RECEIVED

MAY 1 5 2008

of State

Company or its members; (ii) an act or omission not in good faith that constitutes a breach of duty of the manager or managing member to the Company or an act or omission that involves intentional misconduct or a knowing violation of the law; (iii) a transaction from which the manager or managing member received an improper benefit, whether or not the benefit resulted from an action taken within the scope of the manager's or managing member's office; or (iv) an act or omission for which the liability of a manager or managing member is expressly provided by an applicable statute.  Any repeal or amendment of this Article V by the members of the Company shall be prospective only and shall not adversely affect any limitation on the liability of a manager or managing member of the Company existing at the time of such repeal or amendment.  In addition to the circumstances in which a manager or managing member of the Company is not liable as set forth in the preceding sentences, a member shall not be liable to the fullest extent permitted by any provision of the statutes of Texas hereafter enacted that further limits the liability of a manager, managing member or a director of a corporation.

## ARTICLE VI
## ORGANIZER

The name and address of the organizer is Scot W. O'Brien, 2001 Bryan Street, Suite 3900, Dallas, Texas 75201.

IN WITNESS WHEREOF, this Certificate of Formation has been executed on May 15, 2008, by the undersigned.

_Scot W. O'Brien_
Scot W. O'Brien

36242/1 – 288359v1

-2-

May 14, 2008

Ambit Energy Holdings, LLC
1801 N Lamar Street
Suite 200
Dallas, Texas 75202

Gentlemen:

The undersigned hereby consents to the use of the name "**Ambit Energy Holdings, LLC**" for the purpose of forming a limited liability company in Texas, effective as of the date of this letter.

If you need additional information, please contact the undersigned.

AMBIT ENERGY, L.P.
a Texas limited partnership

By:     Ambit Systems, Inc.
Its:     General Partner

By:     _Jere W. Thompson, Jr._
Jere W. Thompson, Jr.
Its:     President

36242/1   288361v1

800522904

RECEIVED
MAY 15 2008
Secretary of State

**FILED**
In the Office of the
Secretary of State of Texas

NOV 0 1 2006

**Corporations Section**

CERTIFICATE OF FORMATION
FOR
AMBIT SYSTEMS, INC.

### ARTICLE ONE

The name of the corporation is Ambit Systems, Inc. (the "Corporation").

### ARTICLE TWO

The Corporation is organized for the purpose of engaging in the transaction of any and all lawful activity and/or business for which corporations may be organized under the Texas Business Organizations Code, as amended (the "Code").

### ARTICLE THREE

The total number of shares of stock which the Corporation shall have authority to issue is one hundred thousand (100,000) shares of Common Stock having a par value of $0.01 per share.

### ARTICLE FOUR

A.     The number of directors constituting the initial Board of Directors is one (1), and the name and address of the individual who is to serve as the initial director until the first annual meeting of shareholders, or until his successors are elected and qualified, are as follows:

| *Name* | *Address* |
|---|---|
| Jere W. Thompson, Jr. | 1801 N. Lamar Street<br>Suite 200<br>Dallas, Texas 75202 |

B.     Elections of directors need not be done by written ballot unless the Bylaws of the Corporation shall otherwise provide.

C.     The Board of Directors is expressly authorized to adopt, alter, amend or repeal the Bylaws of the Corporation. In addition to the powers and authority expressly conferred upon them by this Certificate of Formation or by statute, the directors are empowered to exercise all such powers and do all such acts and things as may be exercised or done by the Corporation, subject to the provisions of the Code, this Certificate of Formation, and any Bylaws adopted by the shareholders. However, notwithstanding any provision in this Certificate of Formation to the contrary, the shareholders may not adopt, repeal or amend the Bylaws of the Corporation without the affirmative vote of a majority of the votes entitled to be cast by the holders of the Corporation's outstanding capital stock.   Additionally, no Bylaws hereafter adopted by the shareholders shall invalidate any prior act of the directors which would have been valid if such Bylaws had not been adopted.

RECEIVED

NOV 0 1 2006

Secretary of State

## ARTICLE FIVE

Nothing contained in this Certificate of Formation shall prohibit or impair the Corporation's power and authority to contractually grant preferential rights to purchase or subscribe for shares of any class of stock of the Corporation or any notes, debentures, bonds or securities convertible into or carrying options, warrants or rights to purchase shares of any class, as the Board of Directors, at its discretion, from time to time may grant and at such price as the Board of Directors, at its discretion, may fix.

## ARTICLE SIX

The Corporation shall indemnify each person who is or was a director of the Corporation to the fullest extent permissible under applicable Texas law and any successor statutes under the Code. The Board of Directors of the Corporation, in its sole discretion, shall have the power, on behalf of the Corporation, to indemnify such other persons for whom indemnification is permitted by such provisions of the Code, to the fullest extent permissible thereunder, and may purchase such liability indemnification and/or other similar insurance as the Board of Directors from time to time shall deem necessary or appropriate, in its sole discretion.

The Corporation may purchase and maintain liability, indemnification and/or similar insurance on behalf of itself, and/or for any person who is or was a director, officer, employee or agent of the Corporation or who is or was serving at the request of the Corporation as a director, officer, trustee, employee, agent or similar functionary of another foreign or domestic corporation, partnership, joint venture, sole proprietorship, trust, employee benefit plan or other enterprise, against any liability asserted against and/or incurred by the Corporation or person serving in such a capacity or arising out of his/her/its status as such a person or entity, whether or not the Corporation would otherwise have the power to indemnify such person against that liability.

The power to indemnify and/or obtain insurance provided in this Article Seven shall be cumulative of any other power of the Board of Directors and/or any rights to which such a person or entity may be entitled by law, this Certificate of Formation and/or Bylaws of the Corporation, contract, other agreement, vote or otherwise.

## ARTICLE SEVEN

The street address of the initial registered office of the Corporation is 1801 N. Lamar Street, Suite 200, Dallas, Texas 75202, and the name of its initial registered agent at such address is Jere W. Thompson, Jr.

## ARTICLE EIGHT

No contract or other transaction between the Corporation and any person, firm, association or corporation and no act of the Corporation, shall, in the absence of fraud, be

-2-

invalidated or in any way affected by the fact that any of the directors of the Corporation is pecuniarily or otherwise interested, directly or indirectly, in such contract, transaction or act, or is related to or interested in such person, firm, association or corporation as a director, shareholder, officer, employee, member or otherwise. Any director so interested or related who is present at any meeting of the Board of Directors or committee of directors at which action on any such contract, transaction or act is taken may be counted in determining the presence of a quorum at such meeting and the vote at such meeting of any such director may be counted in determining the approval of any such contract, transaction or act. No director so interested or related shall, because of such interest or relationship, be disqualified from holding his office or be liable to the Corporation or to any shareholder or creditor thereof for any loss incurred by the Corporation under or by reason of such contract, transaction or act, or be accountable for any gains or profits he may have realized therein.

## ARTICLE NINE

No member of the Board of Directors of the Corporation shall be liable, personally or otherwise, in any way to the Corporation or its shareholders for monetary damages caused in any way by an act or omission occurring in the director's capacity as a director of the Corporation, except as otherwise expressly provided by applicable Texas law.

## ARTICLE TEN

The name and address of the incorporator is Scot W. O'Brien, Hallett & Perrin, P.C., 2001 Bryan Street, Suite 3900, Dallas, Texas 75201.

IN WITNESS WHEREOF, the Incorporator has executed this Certificate of Formation this the _1st_ day of _November_ , 2006.

Scot W. O'Brien, Incorporator
HALLETT & PERRIN, P.C.
2001 Bryan Street, Suite 3900
Dallas, Texas 75201

36242/1 – 258258v1

-3-

01783 07/16/2010 1:12 PM Pg 28

00007428077

Filing Number: 800728509

1023029071 71

TX 2010
Ver. 1.0   05-102
(9-09/29)
■ Tcode 13196

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

To be filed by Corporations, Limited Liability Companies (LLCS) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number

32021831188

**Taxpayer name**
AMBIT SYSTEMS, INC

Mailing address
1801 N LAMAR ST SUITE 200

| City | State | ZIP Code | Plus 4 |
|------|-------|----------|--------|
| DALLAS | TX | 75202 | |

■ Report year
2010

You have certain rights under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

Secretary of State file number or
Comptroller file number

0800728509

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
1801 N LAMAR ST SUITE 200      DALLAS           TX 75202
Principal place of business
1801 N LAMAR ST SUITE 200      DALLAS           TX 75202

**Please sign below!**

Officer, director and member information is reported as of the date a Public Information
Report is completed. The information is updated annually as part of the franchise tax
report. There is no requirement or procedure for supplementing the information as
officers, directors, or members change throughout the year.

3202183118810

**SECTION A**   Name, title and mailing address of each officer, director or member.

| Name | Title | Director | | Term expiration | m  m | d  d | y  y |
|------|-------|----------|--|-----------------|------|------|------|
| JERE W THOMPSON JR | DIRECTOR | ☐ YES | | | | | |

Mailing address
1801 N LAMAR ST. STE 200

| City | State | ZIP Code |
|------|-------|----------|
| DALLAS | TX | 75202 |

| Name | Title | Director | | Term expiration | m  m | d  d | y  y |
|------|-------|----------|--|-----------------|------|------|------|
| | | ☐ YES | | | | | |

| Mailing address | City | State | ZIP Code |
|-----------------|------|-------|----------|
| | | | |

| Name | Title | Director | | Term expiration | m  m | d  d | y  y |
|------|-------|----------|--|-----------------|------|------|------|
| | | ☐ YES | | | | | |

| Mailing address | City | State | ZIP Code |
|-----------------|------|-------|----------|
| | | | |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NONE | | | |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this entity
or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file. (See instructions if you need to make changes)

☐ Check box if you need forms to change
the registered agent or registered office information.

**Agent:** JERE W THOMPSON JR.

| Office: 1801 N. LAMAR STREET STE 200 | City DALLAS | State TX | ZIP Code 75202 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets
for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has
been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.



| sign here ▶ | Title PRESIDENT | Date 07/16/2010 | Area code and phone number 214-270-1795 |
|---|---|---|---|

**Texas Comptroller Official Use Only**



| VE/DE ☐ | PIR IND ☐ |
|---|---|

1022

FILED
In the Office of the
Secretary of State of Texas

JUN 13 2008

Corporations Section

# CERTIFICATE OF FORMATION
## FOR
## AMBIT GENPAR, INC.

The undersigned, being a natural person of the age of eighteen (18) years or more, acting as the incorporator of a corporation under the Texas Business Organizations Code hereby adopts the following Certificate of Formation for such corporation:

## ARTICLE ONE

The name of the corporation is Ambit GenPar, Inc. (the "Corporation").

## ARTICLE TWO

The Corporation is organized for the purpose of engaging in the transaction of any and all lawful activity and/or business for which corporations may be organized under the Texas Business Organizations Code, as amended (the "Code").

## ARTICLE THREE

The total number of shares of stock which the Corporation shall have authority to issue is one hundred thousand (100,000) shares of Common Stock having a par value of $0.01 per share.

## ARTICLE FOUR

A.    The number of directors constituting the initial Board of Directors is one (1), and the name and address of the individual who is to serve as the initial director until the first annual meeting of shareholders, or until his successors are elected and qualified, are as follows:

| *Name* | *Address* |
|---|---|
| Jere W. Thompson, Jr. | 1801 N. Lamar Street, Suite 200 Dallas, Texas 75202 |

B.    Elections of directors need not be done by written ballot unless the Bylaws of the Corporation shall otherwise provide.

C.    The Board of Directors is expressly authorized to adopt, alter, amend or repeal the Bylaws of the Corporation. In addition to the powers and authority expressly conferred upon them by this Certificate of Formation or by statute, the directors are empowered to exercise all such powers and do all such acts and things as may be exercised or done by the Corporation, subject to the provisions of the Code, this Certificate of Formation, and any Bylaws adopted by the shareholders. However, notwithstanding any provision in this Certificate of Formation to the contrary, the shareholders may not adopt, repeal or amend the Bylaws of the Corporation without the affirmative vote of a majority of the votes entitled to be cast by the holders of the Corporation's outstanding capital stock.   Additionally, no Bylaws hereafter adopted by the

RECEIVED

JUN 1 3 2008

Secretary of State

shareholders shall invalidate any prior act of the directors which would have been valid if such Bylaws had not been adopted.

## ARTICLE FIVE

Nothing contained in this Certificate of Formation shall prohibit or impair the Corporation's power and authority to contractually grant preferential rights to purchase or subscribe for shares of any class of stock of the Corporation or any notes, debentures, bonds or securities convertible into or carrying options, warrants or rights to purchase shares of any class, as the Board of Directors, at its discretion, from time to time may grant and at such price as the Board of Directors, at its discretion, may fix.

## ARTICLE SIX

The Corporation shall indemnify each person who is or was a director of the Corporation to the fullest extent permissible under applicable Texas law and any successor statutes under the Code. The Board of Directors of the Corporation, in its sole discretion, shall have the power, on behalf of the Corporation, to indemnify such other persons for whom indemnification is permitted by such provisions of the Code, to the fullest extent permissible thereunder, and may purchase such liability indemnification and/or other similar insurance as the Board of Directors from time to time shall deem necessary or appropriate, in its sole discretion.

The Corporation may purchase and maintain liability, indemnification and/or similar insurance on behalf of itself, and/or for any person who is or was a director, officer, employee or agent of the Corporation or who is or was serving at the request of the Corporation as a director, officer, trustee, employee, agent or similar functionary of another foreign or domestic corporation, partnership, joint venture, sole proprietorship, trust, employee benefit plan or other enterprise, against any liability asserted against and/or incurred by the Corporation or person serving in such capacity or arising out of his/her/its status as such a person or entity, whether or not the Corporation would otherwise have the power to indemnify such person against that liability.

The power to indemnify and/or obtain insurance provided in this Article Six shall be cumulative of any other power of the Board of Directors and/or any rights to which such a person or entity may be entitled by law, this Certificate of Formation and/or Bylaws of the Corporation, contract, other agreement, vote or otherwise.

## ARTICLE SEVEN

The street address of the initial registered office of the Corporation is 1801 N. Lamar Street, Suite 200, Dallas, Texas 75202, and the name of its initial registered agent at such address is Jere W. Thompson, Jr.

## ARTICLE EIGHT

No contract or other transaction between the Corporation and any person, firm, association or corporation and no act of the Corporation, shall, in the absence of fraud, be invalidated or in any way affected by the fact that any of the directors of the Corporation is pecuniarily or otherwise interested, directly or indirectly, in such contract, transaction or act, or is related to or interested in such person, firm, association or corporation as a director, shareholder, officer, employee, member or otherwise. Any director so interested or related who is present at any meeting of the Board of Directors or committee of directors at which action on any such contract, transaction or act is taken may be counted in determining the presence of a quorum at such meeting and the vote at such meeting of any such director may be counted in determining the approval of any such contract, transaction or act. No director so interested or related shall, because of such interest or relationship, be disqualified from holding his office or be liable to the Corporation or to any shareholder or creditor thereof for any loss incurred by the Corporation under or by reason of such contract, transaction or act, or be accountable for any gains or profits he may have realized therein.

## ARTICLE NINE

No member of the Board of Directors of the Corporation shall be liable, personally or otherwise, in any way to the Corporation or its shareholders for monetary damages caused in any way by an act or omission occurring in the director's capacity as a director of the Corporation, except as otherwise expressly provided by applicable Texas law.

## ARTICLE TEN

The name and address of the incorporator is Margaret B. Spellings, Hallett & Perrin, P.C., 2001 Bryan Street, Suite 3900, Dallas, Texas 75201.

IN WITNESS WHEREOF, the Incorporator has executed this Certificate of Formation on June 11, 2008.

Margaret B. Spellings, Incorporator
HALLETT & PERRIN, P.C.
2001 Bryan Street, Suite 3900
Dallas, Texas 75201

36242/1 – 288739v1

-3-

June 12, 2008

Ambit GenPar, Inc.
1801 N. Lamar Street
Suite 200
Dallas, Texas 75202

Gentlemen:

The undersigned hereby consent to the use of the name **"Ambit GenPar, Inc."** for the purpose of forming a corporation in Texas, effective as of the date of this letter.

If you need additional information, please contact the undersigned.

AMBIT ENERGY, L.P.
a Texas limited partnership

By:     Ambit Systems, Inc.
Its:     General Partner

By:     _____
        Jere W. Thompson, Jr.
Its:     President

AMBIT HOLDINGS, LLC,
A Texas limited liability company

By:     Ambit Systems, Inc.
Its:     Managing Member

By:     _____
        Jere W. Thompson, Jr.
Its:     President

1 of 2

AMBIT TEXAS, LLC,
A Texas limited liability company

By Ambit Energy, L.P.,
a Texas limited partnership,
Its Managing Member

By:     Ambit Systems, Inc.
Its:     General Partner

By:     _____
          Jere W. Thompson, Jr.
Its:     President

36242/1 — 289764v1

2 of 2

FILED
In the Office of the
Secretary of State of Texas

MAY 07 2007

Corporations Section

# CERTIFICATE OF FORMATION
## FOR
## AMBIT MARKETING, L.P.

The undersigned as the general partner of Ambit Marketing, L.P. (the "Partnership"), desiring to form a limited partnership pursuant to the Texas Limited Partnership Law under Titles 1 and 4 of the Texas Business Organizations Code, as set forth in the Revised Civil Statutes of the State of Texas, hereby certifies and states as follows:

1.    The name of the Partnership is Ambit Marketing, L.P.

2.    The type of entity being formed is a limited partnership.

3.    The street address of the initial registered office of the Partnership is 1801 N. Lamar Street, Suite 200, Dallas, Texas 75202, and the name of the initial registered agent of the Partnership for service of process at that office is Ambit Systems, Inc.

4.    The address of the principal office of the Partnership where records are to be kept or made available is 1801 N. Lamar Street, Suite 200, Dallas, Texas 75202, or at such other place as the General Partner (herein so called) from time to time may designate.

5.    The name, mailing address and street address of the business or residence of the General Partner are:

> Ambit Systems, Inc.
> 1801 N. Lamar Street
> Suite 200
> Dallas, Texas 75202

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of the 4th day of May, 2007.

**GENERAL PARTNER:**

AMBIT SYSTEMS, INC.
a Texas corporation

By: _____
    Jere W. Thompson, Jr.
Its:    President

36242/1 – 270133v1

F I L E D
In the Office of the
Secretary of State of Texas

JUN 13 2008

Corporations Section

## CERTIFICATE OF FORMATION
### FOR
### AMBIT MANAGEMENT, INC.

The undersigned, being a natural person of the age of eighteen (18) years or more, acting as the incorporator of a corporation under the Texas Business Organizations Code hereby adopts the following Certificate of Formation for such corporation:

### ARTICLE ONE

The name of the corporation is Ambit Management, Inc. (the "Corporation").

### ARTICLE TWO

The Corporation is organized for the purpose of engaging in the transaction of any and all lawful activity and/or business for which corporations may be organized under the Texas Business Organizations Code, as amended (the "Code").

### ARTICLE THREE

The total number of shares of stock which the Corporation shall have authority to issue is one hundred thousand (100,000) shares of Common Stock having a par value of $0.01 per share.

### ARTICLE FOUR

A.    The number of directors constituting the initial Board of Directors is one (1), and the name and address of the individuals who is to serve as the initial director until the first annual meeting of shareholders, or until his successor is elected and qualified, is as follows:

| *Name* | *Address* |
|---|---|
| Jere W. Thompson, Jr. | 1801 N. Lamar Street, Suite 200 Dallas, Texas 75202 |

B.    Elections of directors need not be done by written ballot unless the Bylaws of the Corporation shall otherwise provide.

C.    The Board of Directors is expressly authorized to adopt, alter, amend or repeal the Bylaws of the Corporation. In addition to the powers and authority expressly conferred upon them by this Certificate of Formation or by statute, the directors are empowered to exercise all such powers and do all such acts and things as may be exercised or done by the Corporation, subject to the provisions of the Code, this Certificate of Formation, and any Bylaws adopted by the shareholders. However, notwithstanding any provision in this Certificate of Formation to the contrary, the shareholders may not adopt, repeal or amend the Bylaws of the Corporation without the affirmative vote of a majority of the votes entitled to be cast by the holders of the Corporation's outstanding capital stock.    Additionally, no Bylaws hereafter adopted by the

RECEIVED

JUN 13 2008

Secretary of State

shareholders shall invalidate any prior act of the directors which would have been valid if such Bylaws had not been adopted.

## ARTICLE FIVE

Nothing contained in this Certificate of Formation shall prohibit or impair the Corporation's power and authority to contractually grant preferential rights to purchase or subscribe for shares of any class of stock of the Corporation or any notes, debentures, bonds or securities convertible into or carrying options, warrants or rights to purchase shares of any class, as the Board of Directors, at its discretion, from time to time may grant and at such price as the Board of Directors, at its discretion, may fix.

## ARTICLE SIX

The Corporation shall indemnify each person who is or was a director of the Corporation to the fullest extent permissible under applicable Texas law and any successor statutes under the Code. The Board of Directors of the Corporation, in its sole discretion, shall have the power, on *behalf of the Corporation, to indemnify such other persons* for whom indemnification is permitted by such provisions of the Code, to the fullest extent permissible thereunder, and may purchase such liability indemnification and/or other similar insurance as the Board of Directors from time to time shall deem necessary or appropriate, in its sole discretion.

*The Corporation may purchase and maintain* liability, indemnification and/or similar insurance on behalf of itself, and/or for any person who is or was a director, officer, employee or agent of the Corporation or who is or was serving at the request of the Corporation as a director, officer, trustee, employee, agent or similar functionary of another foreign or domestic corporation, partnership, joint venture, sole proprietorship, trust, employee benefit plan or other enterprise, against any liability *asserted against and/or incurred by the Corporation or person* serving in such capacity or arising out of his/her/its status as such a person or entity, whether or not the Corporation would otherwise have the power to indemnify such person against that liability.

The power to indemnify and/or obtain insurance provided in this Article Seven shall be cumulative of any other power of the Board of Directors and/or any rights to which such a person or entity may be entitled by law, this Certificate of Formation and/or Bylaws of the Corporation, contract, other agreement, vote or otherwise.

## ARTICLE SEVEN

The street address of the initial registered office of the Corporation is 1801 N. Lamar St., Suite 200, Dallas, Texas 75202, and the name of its initial registered agent at such address is Jere W. Thompson, Jr.

-2-

## ARTICLE EIGHT

No contract or other transaction between the Corporation and any person, firm, association or corporation and no act of the Corporation, shall, in the absence of fraud, be invalidated or in any way affected by the fact that any of the directors of the Corporation is pecuniarily or otherwise interested, directly or indirectly, in such contract, transaction or act, or is related to or interested in such person, firm, association or corporation as a director, shareholder, officer, employee, member or otherwise. Any director so interested or related who is present at any meeting of the Board of Directors or committee of directors at which action on any such contract, transaction or act is taken may be counted in determining the presence of a quorum at such meeting and the vote at such meeting of any such director may be counted in determining the approval of any such contract, transaction or act. No director so interested or related shall, because of such interest or relationship, be disqualified from holding his office or be liable to the Corporation or to any shareholder or creditor thereof for any loss incurred by the Corporation under or by reason of such contract, transaction or act, or be accountable for any gains or profits he may have realized therein.

## ARTICLE NINE

No member of the Board of Directors of the Corporation shall be liable, personally or otherwise, in any way to the Corporation or its shareholders for monetary damages caused in any way by an act or omission occurring in the director's capacity as a director of the Corporation, except as otherwise expressly provided by applicable Texas law.

## ARTICLE TEN

The name and address of the incorporator is Margaret B. Spellings, Hallett & Perrin, P.C., 2001 Bryan Street, Suite 3900, Dallas, Texas 75201.

IN WITNESS WHEREOF, the Incorporator has executed this Certificate of Formation on June 11, 2008.

Margaret B. Spellings, Incorporator
HALLETT & PERRIN, P.C.
2001 Bryan Street, Suite 3900
Dallas, Texas 75201

36242/1 – 284611v1

-3-

June 12, 2008

Ambit Management, Inc.
1801 N Lamar Street
Suite 200
Dallas, Texas 75202

Gentlemen:

     The undersigned hereby consent to the use of the name **"Ambit Management, Inc."** for the purpose of forming a corporation in Texas, effective as of the date of this letter.

     If you need additional information, please contact the undersigned.

          AMBIT ENERGY, L.P.
          a Texas limited partnership

          By:    Ambit Systems, Inc.
          Its:    General Partner

          By:    _____
                  Jere W. Thompson, Jr.
          Its:    President

          AMBIT HOLDINGS, LLC,
          A Texas limited liability company

          By:    Ambit Systems, Inc.
          Its:    Managing Member

          By:    _____
                  Jere W. Thompson, Jr.
          Its:    President

          1 of 2

AMBIT TEXAS, LLC,
A Texas limited liability company

By Ambit Energy, L.P.,
a Texas limited partnership,
Its Managing Member

By:     Ambit Systems, Inc.
Its:    General Partner

By:     _____
        Jere W. Thompson, Jr.
Its:    President

36242/1 – 289764v1

2 of 2

Reports Unit
P.O. Box 12028
Austin, Texas 78711-2028



Hope Andrade
Secretary of State

# Office of the Secretary of State
## PERIODIC REPORT - LIMITED PARTNERSHIP

File Number: **10451210**                                                    Page 1 of 2
Filing Fee: **$50**

1.  The entity name of the limited partnership is:
    **GREENWAY HOLDINGS, L.P.**

                                                               F I L E D
                                                            In the Office of the
                                                        Secretary of State of Texas

2.  It is organized under the laws of: *(set forth state or foreign country)*
    **Texas**                                                   OCT 2 8 2010

3.  The name of the registered agent is:                    **Corporations Section**
    **Jere W Thompson, Jr**
    *(Make changes here-cannot be entity named above):*

4.  The registered office address, which is identical to the business address of the registered agent in
    Texas, is:
    **1801 N Lamar St    Ste 200**
    **Dallas, TX 75202**
    *(Make changes here-use street or building address; see Instructions):*

5.  The address of the principal office in the United States where the records are to be kept or made
    available is:
    **1801 N Lamar St , Ste 200**
    **Dallas, TX 75202**
    *(Make changes here-use street or building address; see Instructions):*

6.  The names and addresses of all general partners of the limited partnership are:
    *(Address changes are allowed; a name change of an existing general partner requires an amendment;
    see Instruction 6.)*

| Name | Address | City/ State/Zip |
|---|---|---|
| Jere W Thompson Jr | 1801 N Lamar St Ste 200 | Dallas, TX 75202 |

RECEIVED
SECRETARY OF STATE

OCT 2 8 2010

CLK 68
**AUSTIN, TEXAS**

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

Phone: 512-475-2705                     Fax:  512-463-1423               Dial:  7-1-1 for Relay Services

**Execution:**
The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: _9/23/10_

Signed on behalf of the limited partnership

By (general partner)

000081102503          Filing Number: 800038783

65050 10/27/2010 12:42 PM Pg 11

TX 2010
Ver. 1.0     05-102
           (9-09/29)
           ■ Tcode 13196

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

To be filed by Corporations, Limited Liability Companies (LLCS) and Financial Institutions

**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number

17529683413

■ Report year

2010

**You have certain rights** under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

Taxpayer name
SPRUCE SYSTEMS, INC.

Mailing address
1801 N. LAMAR ST., SUITE 200

City
DALLAS

State
TX

ZIP Code
75202

Plus 4

Secretary of State file number or
Comptroller file number

0800038783

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
1801 N. LAMAR ST., SUITE 200     DALLAS          TX 75202
Principal place of business
1801 N. LAMAR ST., SUITE 200     DALLAS          TX 75202

**Please sign below!**

Officer, director and member information is reported as of the date a Public Information
Report is completed. The information is updated annually as part of the franchise tax
report. There is no requirement or procedure for supplementing the information as
officers, directors, or members change throughout the year.

1752968341310

**SECTION A**  Name, title and mailing address of each officer, director or member.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| JERE W. THOMPSON, JR. | PRESIDENT | ☒ YES | Term expiration | |
| Mailing address 1801 N. LAMAR ST. STE 200 | City DALLAS | | State TX | ZIP Code 75202 |
| Name | Title | ☐ YES | Term expiration | m m d d y y |
| Mailing address | City | | State | ZIP Code |
| Name | Title | ☐ YES | Term expiration | m m d d y y |
| Mailing address | City . | | State | ZIP Code |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NONE | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file. (See instructions if you need to make changes)          ☐ Check box if you need forms to change
                                                                                                                                    the registered agent or registered office information.

Agent:  JERE W. THOMPSON, JR.

Office: 1801 N. LAMAR ST., SUITE 200     City DALLAS     State TX     ZIP Code 75202

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title PRESIDENT | Date 10/27/2010 | Area code and phone number 214-270-1776 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| | VE/DE ☐ | PIR IND ☐ |
|---|---|---|

1022

07/19/2011  00:17   17188213407          FLORA_RAINER_ESQ__1D                    PAGE 03/09

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Nicole Gubin<br>Po Box 671031<br>Flushing, NY 11367 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
| --- | --- | --- | --- |

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
| --- | --- | --- | --- |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| | Debra L. Curry, | |
| 520-2011-02755 | Investigator | (212) 336-3768 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

| | | |
| --- | --- | --- |
| [ ] | More than 180 days have passed since the filing of this charge. | |
| [X] | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. | |
| [X] | The EEOC is terminating its processing of this charge. | |
| [ ] | The EEOC will continue to process this charge. | |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to **your case:**

| | |
| --- | --- |
| [ ] | The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost. |
| [ ] | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

*[signature]*

Kevin J. Berry,
**District Director**

7/13/11
*(Date Mailed)*

cc:      Director Human Resources
         AMBIT ENERGY
         1801 N. Lamar Street, Ste. 201
         Dallas, TX 75202

Exhibit "C"

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

DIRECT DIAL: (214) 969-1355
EMAIL: Matthew.Mitzner@tklaw.com

August 5, 2011

***Via Hand Delivery***
Molly Bargenquest
Vice President, Case Management Center
American Arbitration Association
Two Galleria Tower
13455 Noel Road, Suite 1750
Dallas, TX  75240

      Re:    *Ambit Energy, L.P. v. Nicole Gubin and BH Seven, LLC.*
            Arbitration No. _____;

Dear :

    I have enclosed the original and two copies of the Arbitration Demand and a check for $400.00 for the filing fee in connection with the above-referenced matter.

    Please file one copy and return two file-stamped copies to me in the enclosed stamped, self-addressed envelope.

    Thank you for your attention to this matter.

                Sincerely,

                Matthew M. Mitzner

MM:ws

Enclosures

cc:    Flora Rainer, Esq. w/enclosures– *Via Certified Mail, RRR No. 7009 1680 0000 6404 5723*

518218 000002 DALLAS 2771895.1

Exhibit "B"

AMERICAN ARBITRATION ASSOCIATION

| | | |
|---|---|---|
| AMBIT ENERGY, L.P., | § | |
| | § | |
| CLAIMANT, | § | |
| | § | |
| VS. | § | ARBITRATION NO._____ AAA |
| | § | |
| NICOLE GUBIN AND BH SEVEN, LLC, | § | |
| | § | |
| RESPONDENTS. | § | |

---

## ARBITRATION DEMAND

Pursuant to AAA Rule 4(a)(i), Claimant Ambit Energy, L.P. ("Ambit") files this Demand for Arbitration against Nicole Gubin and BH Seven, LLC (collectively, "Respondents") pursuant to the parties' contractual Arbitration Clause.  A Form Demand for Arbitration (Exhibit 1) and a copy of the parties' Arbitration Clause (Exhibit 2) are attached pursuant to AAA Rule 4(a)(ii).

### I.  BACKGROUND

Plaintiff Nicole Gubin made and entered into an Independent Consultant Application and Agreement (hereinafter, "Consultant Agreement," [Exhibit 3] and which is incorporated by reference]) with Ambit in July of 2007.  The Consultant Agreement includes an arbitration provision and Ambit's Policies and Procedures (Exhibit 4, and which is incorporated by reference), which the Consultant Agreement specifically refers to and incorporates therein.  (Exh. 2, at ¶ 11)  Ambit's Policies and Procedures *also* include a binding arbitration provision.  (Exh. 4, at § 9.2.2)  In agreeing to the Consultant Agreement, Ms. Gubin also agreed to abide by and act in accordance with Ambit's

Policies and Procedures, verifying she had received a copy of the same. (Exh. 2, at ¶ 3)

A dispute has arisen between Respondents[1] and Ambit concerning compensations that Respondents claim they are owed under the Consultant Agreement.  Ms. Gubin and BH Seven, LLC subsequently brought suit in United States District Court for the Eastern District of New York—a dispute to which binding arbitration applies.  (*See* Exh. 2)

## II.   REQUEST FOR DECLARATION THAT AMBIT IS NOT LIABLE AND RESPONDENTS ARE NOT OWED UNDER THE CONSULTANT AGREEMENT

A justiciable, real, and substantial controversy involving tangible interests about the rights of the parties exists, and a declaration would resolve the controversy. Accordingly, Pursuant to Chapter 37 of the TEXAS CIVIL PRACTICE & REMEDIES CODE (the Declaratory Judgment Act), Ambit seeks a judgment declaring and determining that Ambit is not liable and Respondents are not owed under the Consultant Agreement.

## III.   CONCLUSION

Thus, through arbitration, Ambit seeks a declaratory judgment stating that Ambit is not liable and Respondents are not owed in any way under the Consultant Agreement.

---

[1]   According to Respondents' allegations, in October of last year, Ms. Gubin requested that her interests be transferred to BH Seven, LLC, thereby putatively involving BH Seven, LLC in the controversy between the parties.

DATE: August 8, 2011

Respectfully submitted,

THOMPSON & KNIGHT, LLP

By: _____

Stephen C. Rasch
Texas Bar No. 16551420
stephen.rasch@tklaw.com

Matthew M. Mitzner
Texas Bar No. 24068911
matthew.mitzner@tklaw.com

1722 Routh Street, Suite 1500
Dallas, Texas  75201
Tel. 214.969.1700
Fax 214.999.1751

ATTORNEYS FOR CLAIMANT
AMBIT ENERGY, L.P.

518218 000002 DALLAS 2770796.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record by certified mail on this 8th day of August, 2011.

_____
Stephen C. Rasch

American Arbitration Association
*Dispute Resolution Services Worldwide*

**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

*MEDIATION: If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box.* ☐
*There is no additional administrative fee for this service.*

| | | | | |
|---|---|---|---|---|
| Name of Respondent | | | Name of Representative (if known) | |
| Nicole Gubin and BH Seven, LLC | | | Flora Rainer | |
| Address | | | Name of Firm (if applicable) | |
| 160-20 79th Avenue | | | Law Office of Flora Rainer, Esq. | |
| | | | Representative's Address | |
| | | | 7234 73rd Street | |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Flushing | NY | 11366- | Glendale | NY | 11385- |

| Phone No. | Fax No. | Phone No. | Fax No. |
|---|---|---|---|
| 347.804.6933 | | 718.644.0214 | 718.821.3407 |

| Email Address: | Email Address: |
|---|---|
| freeenergy101@gmail.com | FloraEsq2@aol.com |

The named claimant, a party to an arbitration agreement dated __July 2007__, which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

THE NATURE OF THE DISPUTE
Claimant Ambit Energy, L.P. seeks a declaratory judgment that it is not liable and Respondents are not owed under the Independent Consultant Application and Agreement.

| Dollar Amount of Claim $0.00 | Other Relief Sought:  ☐ Attorneys Fees   ☐ Interest |
|---|---|
| | ☐ Arbitration Costs  ☐ Punitive/ Exemplary  ☒ Other Declaration |

Amount Enclosed $ __400.00__      In accordance with Fee Schedule:  ☒Flexible Fee Schedule   ☐Standard Fee Schedule

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:
There shall be one arbitrator, an attorney with experience in business law transactions; there is a strong preference for an attorney knowledgeable in the direct selling industry.

Hearing locale __Dallas, Texas__      (check one) ☐ Requested by Claimant   ☒ Locale provision included in the contract

| Estimated time needed for hearings overall: | Type of Business:  Claimant __Consumer Energy Provider__ |
|---|---|
| _____ hours or __2.00__ days | Respondent __Consumer Energy Marketer__ |

Is this a dispute between a business and a consumer? ☐Yes ☒ No Does this dispute arise out of an employment relationship? ☐ Yes ☒ No

If this dispute arises out of an employment relationship, what was/is the employee's annual wage range? Note: This question is required by California law. ☐Less than $100,000 ☐ $100,000 - $250,000 ☐ Over $250,000

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| Signature (may be signed by a representative)   Date: | Name of Representative |
|---|---|
| _[signature]_                  8.4.11 | Stephen C. Rasch, Matthew M. Mitzner |
| Name of Claimant | Name of Firm (if applicable) |
| Ambit Energy, L.P. | Thompson & Knight LLP |
| Address (to be used in connection with this case) | Representative's Address |
| 1801 North Lamar Street, Suite 200 | 1722 Routh Street, Ste. 1500 |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Dallas | TX | 75202- | Dallas | TX | 75201- |

| Phone No. | Fax No. | Phone No. | Fax No. |
|---|---|---|---|
| | | 214.969.1700 | 214.999.1751 |

| Email Address: | Email Address: |
|---|---|
| | stephen.rasch@tklaw.com; matthew.mitzner@tklaw.com |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. Send the original Dema...

Please visit our website at www.adr.org if you would lik... ...se Filing Services can be reached at 877-495-4185.

**EXHIBIT**

1