IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

| | | |
|---|---|---|
| BH SEVEN, LLC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:11-CV-02483 |
| | § | |
| AMBIT ENERGY, L.P., | § | |
| JERE W. THOMPSON, JR., AND | § | |
| CHRIS CHAMBLESS, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DECLARATION OF JERE W. THOMPSON, JR.

1. My name is Jere W. Thompson, Jr. All the facts set forth in this Declaration are within my personal knowledge and are true and correct.

2. I am the Chief Executive Officer of Ambit Energy, L.P.

3. Over the past thirty years, I have never:

    A. owned or leased property within New York;
    B. resided in New York;
    C. been licensed to do anything in New York;
    D. carried on continuous and systematic personal business within New York;
    E. had employees within New York;
    F. maintained any bank accounts in New York; nor
    G. personally solicited business on my own behalf from any individual or corporation that is a citizen of New York.

4. Further, I do not regularly travel to the state. Outside of an isolated vacation, I have spent between 2-6 days a year in New York since June 2007, which has solely been pursuant to my role as Chief Executive Officer for Ambit Energy, L.P.

5. Litigation against me carried out in New York would be a substantial burden upon me, as I do not regularly travel or personally do business on my own behalf within New York.

6. I am a citizen of the State of Texas.

7. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on October 18, 2011.

_____
JERE W. THOMPSON, JR.

518218 000002 DALLAS 2795297.1