IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

| | |
|---|---|
| BH SEVEN, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> AMBIT ENERGY, L.P., <br> JERE W. THOMPSON, JR., AND <br> CHRIS CHAMBLESS, <br><br> Defendants. | CIVIL ACTION NO. 1:11-CV-02483(ARR) |

## DECLARATION OF GABRIELLE E. FARINA

1. My name is Gabrielle E. Farina. All the facts set forth in this Declaration are within my personal knowledge and are true and correct.

2. I am an attorney at Thompson & Knight LLP, counsel for Defendants Ambit Energy, L.P., Jere W. Thompson, Jr., and Chris Chambless in this action.

3. Attached as Exhibit A is a true and correct copy of the Articles of Organization of BH Seven, LLC

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 18, 2011

_____
Gabrielle E. Farina

# EXHIBIT A

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on October 14, 2011.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

100809000330

## Articles of Organization
## Of
## BH SEVEN, LLC
Under Section 203 of the Limited Liability Company Law

First:       The name of the Limited Liability Company is:

## BH SEVEN, LLC

Second: The County within this state in which the Limited Liability Company is to be located is
**QUEENS**

Third:       (optional) the latest date on which the Limited Liability Company is to dissolve is: **PERPETUAL**

Fourth: The secretary of state is designated as agent of the Limited Liability Company upon whom process against it may be served. The post office address within or without this state to which the secretary of state shall mail a copy of any process against the Limited Liability Company served upon him or her is

**160-20 79 AVE
FRESH MEADOWS, NY 11366**

Six:   The future affective date of the Articles of Organization, if not affective upon filing, is

Seventh: The Limited Liability Company is to be managed by (check appropriate box)

[X] **1 or more members**
[ ] A class or classes of members
[ ] 1 or more managers
[ ] A class or classes of managers

Eighth: If all or specified members are to be liable in their capacity as members for all or specified debts, obligations or liabilities of the Limited Liability Company as authorized pursuant to Section 609 of the Limited Liability Company Law, a statement that all or specified members are so liable.

In WITNESS WHEREOF, this certificate has been subscribed this __6TH__ day of __AUGUST__, 2010 by the undersigned that affirms that the statements made herein are true under the penalties of perjury.

__ROMAN IZYAYEV__     __ORGANIZER__
Name and capacity of signer

FAX NO. :7184593859   Aug. 09 2010 10:39AM P3

1008090003*30*

# ARTICLES OF ORGANIZATION
## OF

## BH SEVEN, LLC

Under Section 203 of the Limited Liability Company Law

2010 AUG -9 AM 11: 04

Filed by: Professional Accounting & Insurance Brokerage Inc,
92-29 Queens Blvd
Office # 11
Rego Park, NY 11374

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   AUG 09 2010
TAX $
BY:  *JCH*

*JCH*

*359*